# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNIVISION COMMUNICATIONS INC., <br><br> Defendant. | CASE NO. 6:15-CV-229 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Rothschild Broadcast Distribution Systems, LLC ("RBDS") dismisses its claims against Univision Communications Inc., without prejudice, and each party bears its own attorneys' fees and costs.

- 2 -

DATED: May 28, 2015						Respectfully Submitted,


								By: */s/ Charles Ainsworth*

								Charles Ainsworth
								State Bar No. 00783521
								Robert Christopher Bunt
								State Bar No. 00787165
								PARKER, BUNT & AINSWORTH, P.C.
								100 E. Ferguson, Suite 1114
								Tyler, TX 75702
								903/531-3535
								903/533-9687
								E-mail: charley@pbatyler.com
								E-mail: rcbunt@pbatyler.com

								Attorneys for Plaintiff,
								Rothschild Broadcast Distribution Systems, LLC


## CERTIFICATE OF SERVICE

  I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 28th day of May, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

								/s/ *Charles Ainsworth*
								CHARLES AINSWORTH